## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | ) C.A. No. 12-560 (LPS) <br> ) |
| PETSMART STORE SUPPORT GROUP, INC., ET AL., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties hereto, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Execware, LLC hereby stipulates and agrees to the dismissal, without prejudice, of all claims in the above action against Defendants Petsmart Inc. and Petsmart Store Support Group, Inc. The parties shall bear their own costs and attorneys' fees.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Defendants*

IT IS SO ORDERED this 16th, day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE